This is an appeal from the County Court of Nacogdoches County. From an inspection of the record, we have concluded that the judgment must be affirmed. On the authority of Associated Indemnity Corp. et al. v. Gatling, Tex. Civ. App. 75 S.W.2d 294; Martinez v. Martinez, Tex. Civ. App.125 S.W.2d 1119; Southwest Pump Co. v. C. F. Winfield, Tex. Civ. App.125 S.W.2d 1119; Parker v. Miller, Tex. Civ. App. 125 S.W.2d 1119; Quality Tire Co. v. Chaddick, Tex. Civ. App. 127 S.W.2d 1040; Sagarin v. Holliday, Tex. Civ. App. 127 S.W.2d 1040; Texas N. O. R. R. Co. v. Futch, Tex. Civ. App. 127 S.W.2d 1040, the affirmance is without written opinion.
Affirmed.